Anthony Lamar FISHBURNE,
Plaintiff–Appellant,

v.

Sarah L. HAMILTON, SC DSS
Child Support Specialist,
Defendant–Appellee.

No. 14–2344.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 12, 2015.

Decided: Feb. 18, 2015.

Anthony Lamar Fishburne, Appellant
Pro Se.

Before MOTZ, WYNN, and FLOYD,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Anthony Lamar Fishburne seeks to ap-
peal the district court's order adopting the
recommendation of the magistrate judge

and dismissing his civil complaint against a caseworker at the South Carolina Department of Social Services. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on November 6, 2014, and the appeal period expired on December 8, 2014. The notice of appeal was filed on December 9, 2014, one day late. Because Fishburne failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*